IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**PHILLIP WATT,**

Petitioner,

v.  Civil Action No. **3:17CV685**

**PIEDMONT REGIONAL JAIL SUPERINTENDENT,**

Respondent.

**MEMORANDUM OPINION**

By Memorandum Order entered on November 17, 2017, the Court directed Petitioner, within eleven (11) days of the date of entry thereof, to complete and return the standardized form for filing a § 2241 petition as required by Eastern District of Virginia Local Civil Rule 83.4(A). The Court warned Petitioner that the failure to comply with the above directive would result in the dismissal of the action without prejudice. *See* Fed. R. Civ. P. 41(b).

On December 12, 2017, the United States Postal Service returned the November 17, 2017 Memorandum Order to the Court marked, "RETURN TO SENDER," because Petitioner apparently relocated. (ECF No. 4.) However, in the Declaration section of his Petition, Petitioner included a "Change of Address" section, under which he provided a Charlotte, North Carolina address to which he "want[s] [his] mail sent," "[s]hould [he] be released or transferred." (ECF No. 1, at 4.) Petitioner had previously notified the Court that he may be released and provided an updated address. (ECF No. 1, at 4.) Accordingly, by Memorandum Order entered on January 11, 2018, the Court directed the Clerk to re-mail the November 17, 2017 Memorandum Order and the standardized form for filing a § 2241 petition to the address provided by Petitioner. (*Id.*)



More than fifteen (15) days have elapsed since the entry of the January 11, 2018 Memorandum Order and Petitioner has not responded. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE. The Court will DENY a certificate of appealability.

An appropriate Order shall accompany this Memorandum Opinion.

/s/
M. Hannah Lauck
United States District Judge

Date:
Richmond, Virginia